[Dodefmao] [District Order Deficient Motion, Application or Objection]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 8:14–bk–13064–KRM
                                                                                                Chapter 13
Wendy T DeAmbrose


_____Debtor\*_____/


### ORDER ABATING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

THIS CASE came on for consideration, without hearing, of the Motion for Referral to Mortgage Modification Mediation with Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2012–13, as serviced by Selene Finance LP by Debtor , Doc. # 19 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Local Rule 7005–1.

☐ The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

☐ The motion does not include a complete property address.

☑ The motion does not include the last four digits of the mortgage loan number.

☐ The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

Accordingly it is

**ORDERED:**

Consideration of the motion is abated until the deficiency is corrected.


Dated:  February 4, 2015

_____
K. Rodney May
United States Bankruptcy Judge

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.