ORDERED.

Dated:  June 10, 2015

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

Wendy T. DeAmbrose                                    Case No. 8:14-bk-13064-KRM

Debtor(s)
_____/

ORDER ON TRUSTEE'S MOTION
TO DISMISS FOR FAILURE TO MAKE PAYMENTS
TO THE TRUSTEE AND GRANTING PERIOD TO CURE DEFAULT

This matter came on for consideration for the purpose of the entry of an appropriate Order in the above Styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Make Payments to the Trustee (Doc 26).  The Court having reviewed the motion and based upon the facts set forth therein, it is

ORDERED:

1. The Court will reserve ruling on the Trustee's Motion to Dismiss (Doc 26).

2. Based on the Debtor(s) Chapter 13 Plan filed on December 1st, 2014, the Debtor(s) shall make the July 4th & August 4th, 2015 payments of $2,607.00 each, both on time. The Debtor(s) shall cure all delinquencies and bring all payments current under the Plan by paying to the Chapter 13 Trustee the total sum of $13,035.00 on or before September 4th, 2015, which amount includes all payments due through the September 2015 payment. Notwithstanding

the foregoing, nothing contained in this order relieves the Debtor(s) of the obligation to be current with all plan payments at the time of the confirmation hearing as a means of demonstrating that the plan is feasible.

3. In the event Debtor(s) fail to make the payments required to be made on time, as provided in paragraph 2 above and/or cure arrearages as herein provided, the Trustee shall, without further notice to the Debtor(s), submit for this Court's consideration an Order dismissing the case for failure to make plan payments.

4. Assuming the Debtor(s) bring all payments to the Trustee current pursuant to Paragraph 2 above, the Court will reserve ruling on the Trustee's Motion to Dismiss and the entry of this Order shall constitute final notice to the Debtor(s) that in the event payments to the Trustee hereafter become more than thirty (30) days delinquent, the Trustee shall, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case for failure to make plan payments.

5. In the event the Debtor(s) complete all of the required payments under the Plan, the Court will enter an Order denying the Trustee's Motion to Dismiss.

Trustee Kelly Remick is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

KR/nag                                                                                          C13T  6.10.15